UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                            Case No. 15-mj-30418

v.

JOSEPH JAMES ROE,

       Defendant.

_____/

## ORDER CONTINUING DETENTION PENDING TRIAL

On September 9, 2015, Magistrate Judge David Grand entered an Order of Detention Pending Trial (ECF # 12). Defendant appealed from that order, and the Court heard argument on the appeal on September 16, 2015. Prior to hearing argument, the Court listened to the audio tape of the detention hearing before Magistrate Judge Grand in its entirety.

For the reasons stated on the record, the Court declines to vacate or amend in any way the Order of Detention Pending Trial, and the Court orders that Defendant's detention pending trial be continued. The Court supplements its statement of reasons on the record with the following. While the Court has conducted its own de novo review of the matter, the Court finds Magistrate Judge

1

Grand's reasoning persuasive and adopts that reasoning along with the reasons stated by the Court on the record.

**IT IS SO ORDERED.**

                                                    s/Matthew F. Leitman  
                                                    MATTHEW F. LEITMAN  
                                                    UNITED STATES DISTRICT JUDGE

Dated: September 16, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 16, 2015, by electronic means and/or ordinary mail.

                                                    s/Holly A. Monda  
                                                    Case Manager  
                                                    (313) 234-5113